

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-14-00460-CR

| | | |
|---|---|---|
| RUSSELL LAMAR ESTES, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1388628R) |
| V. | § | December 13, 2018 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REMAND

On remand from the court of criminal appeals, this court has again considered the record on appeal and holds that there was no reversible error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel